IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No.  4:20-CV-04085 |
| WAYSIDE DEVELOPMENT COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, WAYSIDE DEVELOPMENT COMPANY.

Plaintiff and Defendant, WAYSIDE DEVELOPMENT COMPANY, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the  agreement is finalized.  Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 5TH day of March, 2021.

                                                Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ Douglas S. Schapiro
                                              Douglas S. Schapiro, Esq.
                                              Southern District of Texas ID No. 3182479
                                              The Schapiro Law Group, P.L
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 5th day of March, 2021.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479