IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No.  4:20-CV-04085 |
| WAYSIDE DEVELOPMENT COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendant, WAYSIDE DEVELOPMENT COMPANY ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 24th day of March, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

        */s/  Eric C. Mettenbrink*
        Eric C. Mettenbrink, Esq.
        Texas Bar No.  24043819
        Hirsch & Westheimer
        1415 Louisiana, 36th Fl.
        Houston, TX  77002
        Tel:  (713) 220-9141
        Email:  emettenbrink@hirschwest.com

        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        Southern District of Texas ID No. 3182479