United States District Court
Southern District of Texas

**ENTERED**

March 29, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERIK GARCIA,                                )
                                            )
                    Plaintiff,              )
                                            )        CIVIL ACTION
vs.                                         )
                                            )        Case No.  4:20-CV-04085
WAYSIDE DEVELOPMENT COMPANY,                )
                                            )
                    Defendant.              )

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed March 24,

2021, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on March 29, 2021.

_____        ____

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE